**SO ORDERED.**

**SIGNED this 28 day of September, 2010.**

_____
J. Rich Leonard
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NUMBER:** |
| Eugenia Lee Hodges | 10-01111-8-JRL |
| **DEBTORS** | **CHAPTER 13** |

### ORDER DENYING MOTION

The matter before the court is the debtor's Amended Motion to Avoid Judicial Lien of Unifund CCR Partners filed on August 18, 2010.

A Deficiency notice was sent by the court on August 19, 2010 advising the movant of the following deficiencies:

1. The certificate of service was omitted;

2. The motion to avoid lien(s) seeks to avoid lien(s) on property not listed as secured and/or not claimed as exempt on Schedules C and/or D. The schedules(s) must be amended to property indicate the security and/or exemption. The $26.00 fee for changing the classification of a debt is required; and

It appearing to the court and the court finds as a fact that none of the deficiencies were submitted to the court; and

It further appearing to the court that said motion should be denied for failure to submit the deficiencies.

NOW THEREFORE, It is Ordered that the Amended Motion to Avoid Lien of Unifund CCR Partners hereby is, DENIED.

END OF DOCUMENT